

United States District Court
517 E. Wisconsin Ave.
Milwaukee, Wi. 53202

Rev. Dean Hoffmann, (VICTIM) )
        Petitioners
-vs-                                          No: 23-C-0553

State of Wisconsin, et al )
        Respondents

## Emergency Petition For Habeas Corpus

The attached supports writing all parties before this court for an inquiry into respondents admitted 5 years acts of refusing 5th., 6th., and other rights to petitioner along with his pre-trial detainee rights, refusing to appoint counsel, denying him a direct appeal, destroying evidence, and violating oath of office, statehood charter, U.S. S. Ct. directives, and holding petitioner illegally.

Petitioner IS entitled to habeas relief as a matter of law, and respondents impede him in every way in his efforts to access Courts, STATING 'they' do not have to obey the law, constitution or acts of congress or S. Ct. orders, that Wisconsin is not required to enforce or obey them.

Petitioner request appointment of a DIRECT appeals counsel, production of the evidence and property seized by respondents TO prevent an appeal, and the mandatory personal appearance before the Court as Habeas Corpus requires for inquiry.

Dated: 4/17/23                            Respectfully,

Certification of mailing AND VERIFICATION

under penalty of perjury, verifies the above     Dean Hoffmann, # 717979

is true, & copies mailed all parties.            Wapun Corr. Inst., P.O. Box 189

                                                    Phonex, Maryland, 21131

NOTE, to deny access to court all mail is sent to another state, where it is opened, destroyed and delayed to prevent Court deadlines from being able to be met, and further deny rights to a direct appeal of conviction and sentencing.

A direct appeal of a conviction is governed by the procedure set forth in WIS. STAT. RULE 809.30. The first step is the filing of a notice of intent to pursue postconviction relief in the circuit court. *See* RULE 809.30(2)(b). We will construe Hoffmann's February 17 document filed with the circuit court as a notice of intent to pursue postconviction relief. Because Hoffmann currently requests the appointment of counsel, we will also construe his notice of intent as requesting the appointment of counsel. Therefore,

IT IS ORDERED that Hoffmann's current filing is denied as premature.

IT IS FURTHER ORDERED that the document filed February 17, 2023 shall be construed as a notice of intent to pursue postconviction relief which requests the appointment of counsel.

IT IS FURTHER ORDERED that the time for the clerk of the circuit court to act under WIS. STAT. RULE 809.30(2)(c) by sending materials to the state public defender is extended to March 22, 2023. *See* WIS. STAT. RULE 809.82(2)(a).

Sheila T. Reiff
Clerk of Court of Appeals

In The Wisconsin Court of Appeals

Dean Hoffmann,  )
    Petitioner

  -vs-                                                                No: _____

Sheboygan Co. Judge Persick, )
    Et Al, Respondents

## Emergency Petition To Compel

Respondents REFUSE to allow petitioner to file a DIRECT APPEAL of conviction and sentencing AS Wisconsin law and rules declare he has a right to.

Respondents seized all his legal and personal papers and evidence upon his transfer to State prison, destroyed them so he can not file anything, and are trying to force him to waive his rights to a direct appeal of his conviction and sentencing, and file a post conviction.

Respondents refuse to appoint him appeals counsel, or deliver his mail, and are impeding his Direct appeal, AS THEY impeded his trial for 5 years, and denied him a fair trial, AFTER appointed defense counsel stated he would not do anything as he was only appointed to deplete petitioners funds and see he was convicted, even though the record shows the prosecutor had admitted petitioner was not guilty of charges, and Judge refused to allow mitigating evidence at sentencing.

Petitioner moves this Court to order respondents to immediately send ALL petitioners property and legal documents to him in prison, appoint Direct Appeals Counsel without delay, and stop impeding his direct appeal.

Dated: 4/16/23                                               Respectfully,

Certification of mailing                    VICTIM _____

Copy mailed all parties.                  Rev. Dean Hoffmann, # 717979

                                                                Wapun Corr. Inst., P.O. Box 189

                                                                 Phonex, Maryland  21131